# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH Z. WOMBLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 14-385-JFH-JAR |
| JERRY CHRISMAN and TOMMY SHARP, | ) |
| Defendants. | ) |

## OPINION AND ORDER

Plaintiff Joseph Z. Womble appealed this Court's dismissal of this civil rights action to the Tenth Circuit Court of Appeals. The appellate court reversed this Court's judgment and remanded for further proceedings in Case No. 21-7015 (10th Cir. Feb. 4, 2022) (Dkt. 122).

**ACCORDINGLY,** Defendants Jerry Chrisman and Tommy Sharp are directed to file within twenty-one (21) days a response to the Tenth Circuit's remand. Plaintiff is granted twenty-one (21) days to file a reply to Defendants' response, if appropriate.

**IT IS SO ORDERED** this 20th day of April 2022.

JASON A. ROBERTSON
United States Magistrate Judge
Eastern District of Oklahoma