# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOSEPH Z. WOMBLE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:14-cv-00385-JAR ) |
| **JERRY CHRISMAN, et al.,** | ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Please take notice that Plaintiff Joseph Z. Womble appeals to the U.S. Court of Appeals for the Tenth Circuit from the order granting defendants' motion for bill of costs (ECF 218), entered on March 31, 2025.

Dated: April 30, 2025.                    Respectfully submitted,

*s/ Sean S. Cuff*
Sean S. Cuff, Colo. No. 54204
(admitted pro hac vice)
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
Phone: 303.223.1100
Fax:  303.223.1111
scuff@bhfs.com

Julian R. Ellis, Jr., Colo. No. 47571
(admitted pro hac vice)
First & Fourteenth PLLC
2 N. Cascade Avenue, Suite 1430
Colorado Springs, CO 80903
Phone: 719.428.4937
julian@first-fourteenth.com

Abi Fain, OBA No. 31370
5338 E 26th Pl.

Tulsa, Oklahoma 74114
Phone: (918) 231-0324
abi.fain@outlook.com

*Attorneys for Plaintiff Joseph Z. Womble*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of April, 2025, I electronically filed a true and correct copy of the foregoing **NOTICE OF APPEAL** with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Stefanie E. Lawson, OBA#22422
Evan J. Edler, OBA#34269
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-4518
Email: stefanie.lawson@oag.ok.gov
evan.edler@oag.ok.gov

*Attorneys for Defendants Chrisman and Sharp*

Kari Hawkins
General Counsel
Oklahoma Department of Corrections
3400 N. Martin Luther King Avenue
Oklahoma City, OK 73111
Telephone: (405) 425-2515
Email: Kari.Hawkins@doc.ok.gov

*Counsel for the Oklahoma Department of Corrections*

                                             *s/ Kate M. Meade*
                                             Kate M. Meade, Paralegal